## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**   **CASE NO.  6:20-CR-00047-01**

**VERSUS**        **JUDGE JUNEAU**

**OLIVER J MARTIN (01)**    **MAGISTRATE JUDGE HANNA**

### JUDGMENT

  This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

  **IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Sever Counts 5 and 8 (Rec. Doc. 23) is DENIED.

  Signed at Lafayette, Louisiana, this 6th  day of August , 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE